UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOSEPH CARTER,

                    Plaintiff,

                                                                          DECISION AND ORDER
           v.                                                           12-CV-854A(F)

CAROLYN W. COLVIN, Commissioner of
 Social Security,

                    Defendant.

---

       The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B).  On February 26, 2015, Magistrate Judge Foschio filed a Report and Recommendation (Dkt. No. 13), recommending that defendant's motion for judgment on the pleadings (Dkt. No. 9) be granted and plaintiff's motion for similar relief in his favor (Dkt. No. 12) be denied.

       The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

       ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, defendant's motion for judgment on the pleadings (Dkt. No. 9) is granted and plaintiff's motion for similar relief in his favor (Dkt. No. 12) is denied

      The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

_Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated: April 14, 2015